James Cesiro and Mary Cesiro, Respondents, v. The Jewish Hospital, Appellant, and Joseph Weinstein, Defendant.— Motion for stay granted. Present — Rich, Young, Hagarty, Seeger and Scudder, JJ.

upon condition that appellant perfect the appeal for Monday, November 4, 1929 (for which day the case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Rich, Young, Hagarty, Seeger and Scudder, JJ.